IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>               Plaintiff,<br><br>   v.<br><br>SHERIFF GEORGE MCCLENDON,<br>THE CITY OF PHILADELPHIA, and<br>UNNAMED PHILADELPHIA SHERIFFS,<br><br>               Defendants. | CIVIL ACTION<br>No. 14-6358 |

**ORDER**

**AND NOW**, this 4th day of May, 2015, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 4), and Plaintiff's Response (Doc. No. 5), it is **ORDERED** in accordance with the Opinion issued by the Court on this day that Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's Fourth Amendment claim, Fourteenth Amendment substantive due process claim, Fourteenth Amendment equal protection claim, and Monell claim. Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's claim under Title II of the Americans with Disabilities Act ("ADA"). Defendants are **ORDERED** to file an Answer to Plaintiff's ADA claim within fourteen (14) days from the entry of this Order.

                                                                BY THE COURT:


                                                               /s/ Joel H. Slomsky
                                                               JOEL H. SLOMSKY, J.